1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone: (559) 497-6132
4
   Attorney for Defendant,
5  FRED P. DeNICOLA

6

7               UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   Case No.  1: 99-CR-05436 OWW
                                )
11      Plaintiff,               )   STIPULATION TO CONTINUE
                                )   STATUS  CONFERENCE
12      v.                       )   AND ORDER THEREON
                                )
13 FRED P. DeNICLOA,             )
                                )
14      Defendant.               )
   _____)
15

16      The defendant, FRED P. DeNICOLA, through his counsel, John F. Garland, and the

17 United States of America, through its counsel, McGregor W. Scott, United States Attorney and

18 Stanley A. Boone, Assistant United States Attorney, hereby stipulate to continue the defendant's

19 status conference from June 26, 2006 to July 31, 2006 at 1:30 p.m. This continuance is necessary

20 to allow the parties sufficient time to exchange discovery and to investigate matters relating to

21 the alleged violation of supervised release.

22
   Dated: June 22, 2006                          /s/ John F. Garland
23                                              JOHN F. GARLAND
                                                Attorney for Defendant
24
   Dated: June 22, 2006                          McGregor W. Scott
25                                              United States Attorney

26
                                                 /s/ Stanley A. Boone
27                                           By: STANLEY A. BOONE
                                                Assistant U.S. Attorney
28

                                       1

ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the status conference for defendant FRED P. DeNICOLA is continued to July 31, 2006 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   June 23, 2006**                         /s/ Oliver W. Wanger
emm0d6                                             UNITED STATES DISTRICT JUDGE