1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone: (559) 497-6132
4
   Attorney for Defendant,
5  FRED P. DeNICOLA

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )   Case No.  1: 99-CR-05436 OWW
                                    )
11      Plaintiff,                  )   STIPULATION TO CONTINUE
                                    )   STATUS  CONFERENCE
12      v.                          )   AND ORDER THEREON
                                    )
13 FRED P. DeNICLOA,                )
                                    )
14      Defendant.                  )
   _____ )
15

16     The defendant, FRED P. DeNICOLA, through his counsel, John F. Garland, and the

17 United States of America, through its counsel, McGregor W. Scott, United States Attorney and

18 Stanley  A. Boone, Assistant United States Attorney, hereby stipulate to continue the defendant's

19 status conference from July 31, 2006 to September 25, 2006 at 1:30 p.m. This continuance is

20 necessary to allow the parties additional time to exchange discovery and to investigate matters

21 relating to the alleged violation of supervised release.

22
   Dated: July 24, 2006                      /s/ John F. Garland
23                                           JOHN F. GARLAND
                                             Attorney for Defendant
24
   Dated: June 24, 2006                      McGregor W. Scott
25                                           United States Attorney

26

                                             /s/ Stanley A. Boone
27                                        By: STANLEY A. BOONE
                                             Assistant U.S. Attorney
28

                                         1

ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the status conference for defendant FRED P. DeNICOLA is continued to September 25, 2006 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   July 29, 2006**          /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE