1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone: (559) 497-6132
4
   Attorney for Defendant,
5  FRED P. DeNICOLA

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )   Case No.  1: 99-CR-05436 OWW
                                   )
11         Plaintiff,              )   STIPULATION TO CONTINUE
                                   )   STATUS  CONFERENCE
12         v.                      )   AND ORDER THEREON
                                   )
13  FRED P. DeNICLOA,              )
                                   )
14         Defendant.              )
    _____    )
15

16         The defendant, FRED P. DeNICOLA, through his counsel, John F. Garland, and the

17  United States of America, through its counsel, McGregor W. Scott, United States Attorney and

18  Stanley  A. Boone, Assistant United States Attorney, hereby stipulate to continue the defendant's

19  status conference from September 25, 2006 to November 13, 2006 at 1:30 p.m. This continuance

20  is necessary to allow the parties additional time to exchange discovery and to investigate matters

21  relating to the alleged violation of supervised release.

22

23  Dated: September 13, 2006            /s/ John F. Garland
                                        JOHN F. GARLAND
                                        Attorney for Defendant
24
25  Dated: September 13, 2006           McGregor W. Scott
                                        United States Attorney

26

27                                       /s/ Stanley A. Boone
                                        By: STANLEY A. BOONE
28                                        Assistant U.S. Attorney

                                    1

1 ORDER

2      GOOD CAUSE APPEARING, based on the stipulation of the parties,

3 IT IS HEREBY ORDERED that the status conference for defendant FRED P. DeNICOLA  is

4 continued to November 13, 2006 at 1:30 p.m.

5 IT IS SO ORDERED.

6 **Dated:    September 16, 2006       _____/s/ Oliver W. Wanger_____**
  emm0d6                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28