```
JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
FRED P. DeNICOLA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No.  1: 99-CR-05436 OWW |
| Plaintiff,  ) | STIPULATION TO CONTINUE |
| ) | STATUS CONFERENCE |
| v.  ) | AND ORDER THEREON |
| FRED P. DeNICLOA,  ) | |
| Defendant.  ) | |

The defendant, FRED P. DeNICOLA, through his counsel, John F. Garland, and the United States of America, through its counsel, McGregor W. Scott, United States Attorney and Stanley A. Boone, Assistant United States Attorney, hereby stipulate to continue the defendant's status conference from November 13, 2006 to January 8, 2007 at 1:30 p.m. This continuance is necessary to allow the parties additional time to exchange discovery and to investigate matters relating to the alleged violation of supervised release.

Dated: October 18, 2006                             /s/ John F. Garland
                                                    JOHN F. GARLAND
                                                    Attorney for Defendant

Dated: October 18, 2006                             McGregor W. Scott
                                                    United States Attorney


                                                    /s/ Stanley A. Boone
                                                By: STANLEY A. BOONE
                                                    Assistant U.S. Attorney

1

ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the status conference for defendant FRED P. DeNICOLA is continued to January 8, 2007 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   October 19, 2006**             /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE