JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
FRED P. DeNICOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>FRED P. DeNICOLA,<br><br>　　Defendant. | Case No.  1: 99-CR-05436 OWW<br><br>STIPULATION TO CONTINUE<br>STATUS  CONFERENCE<br>AND ORDER THEREON |

　　The defendant, FRED P. DeNICOLA, through his counsel, John F. Garland, and the United States of America, through its counsel, McGregor W. Scott, United States Attorney and Stanley A. Boone, Assistant United States Attorney, hereby stipulate to continue the defendant's status conference from January 8, 2007 to February 12, 2007 at 1:30 p.m. This continuance is necessary to allow the parties additional time to exchange discovery and to investigate matters relating to the alleged violation of supervised release.

Dated: December 12, 2006　　　　　　　　　　　　/s/ John F. Garland
　　　　　　　　　　　　　　　　　　　　　　　　JOHN F. GARLAND
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Dated: December 12, 2006　　　　　　　　　　　　McGregor W. Scott
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　/s/ Stanley A. Boone
　　　　　　　　　　　　　　　　　　　　　By: STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the status conference for defendant FRED P. DeNICOLA is continued to February 12, 2007 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   December 14, 2006**            /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE