JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
FRED P. DeNICOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1: 99-CR-05436 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | STATUS CONFERENCE |
| v. ) | AND ORDER THEREON |
| FRED P. DeNICOLA, ) | |
| Defendant. ) | |

The defendant, FRED P. DeNICOLA, through his counsel, John F. Garland, and the United States of America, through its counsel, McGregor W. Scott, United States Attorney and Stanley A. Boone, Assistant United States Attorney, hereby stipulate to continue the defendant's status conference from February 12, 2007 to March 26, 2007 at 1:30 p.m. This continuance is necessary to allow the parties additional time to exchange discovery and to investigate matters relating to the alleged violation of supervised release.

Dated: January 22, 2006                          /s/ John F. Garland
                                                  JOHN F. GARLAND
                                                  Attorney for Defendant

Dated: January 22, 2006                          McGregor W. Scott
                                                  United States Attorney


                                                  /s/ Stanley A. Boone
                                              By: STANLEY A. BOONE
                                                  Assistant U.S. Attorney

1

ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the status conference for defendant FRED P. DeNICOLA is continued to March 26, 2007 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   January 26, 2007**          /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE