| | |
|---|---|
| 1 | JOHN F. GARLAND  #117554 |
|   | Attorney at Law |
| 2 | 1713 Tulare Street, Suite 221 |
|   | Fresno, California 93721 |
| 3 | |
|   | Telephone: (559) 497-6132 |
| 4 | |
|   | Attorney for Defendant, |
| 5 | FRED P. DeNICOLA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1: 99-CR-05436 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | STATUS  CONFERENCE |
| v. | ) | AND ORDER THEREON |
| | ) | |
| FRED P. DeNICOLA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The defendant, FRED P. DeNICOLA, through his counsel, John F. Garland, and the United States of America, through its counsel, McGregor W. Scott, United States Attorney and Stanley A. Boone, Assistant United States Attorney, hereby stipulate to continue the defendant's status conference from March 26, 2007 to **May 7, 2007** at **1:30 p.m.** This continuance is necessary to allow the parties additional time to exchange discovery and to investigate matters relating to the alleged violation of supervised release.

Dated: March 9, 2007
      /s/ John F. Garland
      JOHN F. GARLAND
      Attorney for Defendant

Dated: March 9, 2007
      McGregor W. Scott
      United States Attorney

      /s/ Stanley A. Boone
      By: STANLEY A. BOONE
      Assistant U.S. Attorney

1 ORDER

2     GOOD CAUSE APPEARING, based on the stipulation of the parties,

3 IT IS HEREBY ORDERED that the status conference for defendant FRED P. DeNICOLA is

4 continued to May 7, 2007 at 1:30 p.m.

6 IT IS SO ORDERED.

7 **Dated:**   **March 9, 2007**            **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE