1 | JOHN F. GARLAND   #117554
Attorney at Law
2 | 1713 Tulare Street, Suite 221
Fresno, California 93721
3 |
Telephone: (559) 497-6132
4 |
Attorney for Defendant,
5 | FRED P. DeNICOLA

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,    )   Case No.  1: 99-CR-05436 OWW
                                  )
11 |      Plaintiff,               )   STIPULATION TO CONTINUE
                                  )   STATUS  CONFERENCE
12 |      v.                       )   AND ORDER THEREON
                                  )
13 | FRED P. DeNICOLA,             )
                                  )
14 |      Defendant.               )
   _____)
15

16        The defendant, FRED P. DeNICOLA, through his counsel, John F. Garland, and the

17 United States of America, through its counsel, McGregor W. Scott, United States Attorney and

18 Stanley A. Boone, Assistant United States Attorney, hereby stipulate to continue the defendant's

19 status conference from May 7, 2007 to **August 20, 2007** at **1:30 p.m.** This continuance

20 is necessary to allow the parties additional time to exchange discovery and to investigate matters

21 relating to the alleged violation of supervised release.

22

Dated: April 23, 2007                          /s/ John F. Garland
23                                             JOHN F. GARLAND
                                               Attorney for Defendant
24
Dated: April 23, 2007                          McGregor W. Scott
25                                             United States Attorney

26

                                               /s/ Stanley A. Boone
27                                         By: STANLEY A. BOONE
                                               Assistant U.S. Attorney
28

                                    1

ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS HEREBY ORDERED that the status conference for defendant FRED P. DeNICOLA is continued to August 20, 2007 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   April 24, 2007**               _____/s/ Oliver W. Wanger_____
                                           UNITED STATES DISTRICT JUDGE