JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant
FRED P. DeNICOLA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FRED P. DeNICOLA,<br><br>  Defendant. | Case No.  1: 99 CR 05436 OWW<br><br>WAIVER OF APPEARANCE<br>AND ORDER THEREON<br><br>DATE: August 20, 2007<br>TIME: 1:30 p.m.<br>PLACE: Courtroom Three<br>HONORABLE OLIVER W. WANGER |

Defendant, FRED P. DeNICOLA, hereby waives his right to be present in person in open court upon the hearing presently set for August 20, 2007 at 1:30 p.m. in Courtroom Three of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing by the presence of his attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for a contested hearing.

Dated: August 6, 2007                              /s/ Fred P. DeNicola
                                                              FRED P. DeNICOLA

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant FRED P. DeNCOLA is hereby excused from appearing at the court hearing scheduled for August 20, 2007 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   August 7, 2007**                              /s/ Oliver W. Wanger
                                                      UNITED STATES DISTRICT JUDGE